# *Memorandum* 

FILED

**08-00791**

| Subj:<br><br>United States v. Patrick Wayne Simonton | Date:<br><br>July 8, 2008 |
|---|---|

2008 JUL -9 PM 3:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

To:

SHERRI R. CARTER
District Court Executive
United States District Court
Central District of California

From:

JOEY L. BLANCH
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. Patrick Wayne Simonton, being filed on July 8, 2008,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

JOEY L. BLANCH
Assistant United States Attorney
Criminal Division