PROB 12
(Rev. 11/04)

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
JUL - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

U.S.A. VS. PATRICK WAYNE SIMONTON                    Docket No. CR08-00791-SVW

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>PATRICK WAYNE SIMONTON</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>27th</u> day of <u>April</u>, <u>2009</u> who fixed the period of supervision at <u>lifetime</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Patrick Wayne Simonton has requested permission to use a computer and access the internet. Additional monitoring and restrictions appear appropriate at this time.

Patrick Wayne Simonton and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER**: The offender shall comply with the rules and regulations of the Computer Monitoring Program. The offender shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet;

The offender shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: a) in the presence of the parent or legal guardian of said minor; and b) on the condition that the offender notify said parent or legal guardian of his/her conviction in the instant offense/prior offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the offender must deal with in order to obtain ordinary and usual commercial services.

ORDER OF COURT

Considered and ordered this ___ day of _____, 2014 and ordered filed and made a part of the records in the above case.

United States District Judge
STEPHEN V. WILSON

Respectfully,
NOELLE E. JONES
U. S. Probation Officer

Place: Woodland Hills, California

Approved: WILL BLANKLEY III
Supervising U.S. Probation Officer

Date: June 30, 2014